UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KELLY RAYMOND**                                                       **CIVIL ACTION**

**VERSUS**                                                                       **NO. 13-6449**

**WARDEN, LASALLE**                                                **SECTION "A"(2)**
**CORRECTIONAL CENTER**

# O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Kelly Raymond for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this ____29____ day of ___December___, 2014.

_____
UNITED STATES DISTRICT JUDGE